# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TENGIZ KHOKHIASHVILI,        )
                                )
        Petitioner,              )
                                )
v.                                    )        Case No. CIV-26-1154-SLP
                                )
                                )
FRED FIGUEROA, et al.,        )
                                )
        Respondents.          )

## **O R D E R**

Petitioner, a Georgian national proceeding with counsel, filed a Petition [Doc. No. 1] seeking a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On July 24, 2026, United States Magistrate Judge Chris M. Stephens entered a Report and Recommendation [Doc. No. 13] (R&R) recommending the Petition be granted in part. Specifically, the R&R recommends that the Court order Respondents to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within five business days or otherwise release Petitioner if he has not received a lawful bond hearing within that period. *Id.* at 8. Further, the R&R recommends the Court decline to decide the merits of Petitioner's due process claim if the Court grants habeas relief to Petitioner with a bond hearing under § 1226(a).

The parties were advised that they could object to the R&R on or before July 31, 2026, and that failure to timely object could result in the waiver of their right to appellate review of the factual and legal issues raised. To date, no objection to the R&R has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that the parties have waived further review of all issues addressed in the

R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).  Upon review, the Court fully concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the R&R [Doc. No. 13] is ADOPTED in its entirety and the Petition for Writ of Habeas Corpus [Doc. No. 1] is GRANTED IN PART.

Respondents are ORDERED to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days[1] of the date of this Order, or otherwise release Petitioner if he has not received a lawful bond hearing within that period.

IT IS SO ORDERED this 4th day of August, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge recommended ordering the Respondents to provide Petitioner a bond hearing within five (5) business days. The Court finds that ordering Respondents to provide a bond hearing within seven (7) days is appropriate. *See Santillan Quiroz v. Mullin*, 180 F.4th 1226, 1251 n.13 (10th Cir. 2026) ("…[T]he district court shall order the Government to, **within seven days of such order**, either provide him with a bond hearing or else release him.) (emphasis added).